IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN DAVID WATSON,<br><br>Defendant. | CR 13-40-M-DLC<br><br>ORDER TO ISSUE SUMMONS |

Based upon the United States' Motion to Quash Warrant and Issue Summons (Doc. 135), and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the warrant directing the arrest of Christian David Watson is QUASHED.

IT IS FURTHER ORDERED that the Clerk of Court issue a summons for Christian David Watson to appear for arraignment on June 15, 2021, at 9:00 a.m. at the Russell Smith Courthouse, 201 E. Broadway, in Missoula, Montana.

Dated this 7th day of May, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge